**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-cv-60047-BLOOM/VALLE**

KARLA COREA,

Plaintiff,

v.

STEVEN NEGRON, *et al.*,

Defendants.

_________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on January 9, 2017 *see* ECF No. [1], generating an April 10, 2017, service deadline. Summonses have not been issued as to Defendants and service has not been perfected. Accordingly, it is **ORDERED AND ADJUDGED** that, within **seven (7) days** of perfecting service upon Defendant(s), Plaintiff shall file proof of such service with the Court. Failure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 9th day of February, 2017.

_________________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record